UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

_______________________________________,

Plaintiff,

v.

_______________________________________,

Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

Docket No.

(__________________, J.)
(Marutollo, M.J.)

## DISCOVERY PLAN AND SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: ________________________

2. No amendment of the pleadings will be permitted after: ________________________

3. No additional parties may be joined after: ________________________

4. Fact discovery shall be completed by: ________________________

5. Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: ________________________.

6. Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: ________________________

7. All discovery, including expert discovery, shall be completed by: ________________________. (*Presumptively 30 days following the final exchange of expert reports*)

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes____ No ____ Not Applicable____

9. Have the parties entered into an ESI protocol? Yes____ No ____ Not Applicable____

10. Have the parties complied with Fed. R. Civ. P. 26(f)(3)(D)? Specifically, have the parties discussed their views and proposals on any issues about claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Fed. R. Civ. P. 26(b)(5)(A)? Yes____ No ____ Not Applicable____

If the parties agree on a procedure to assert these claims after production, will the parties ask the court to include their agreement in an order under Fed. R. Evid. 502? Yes____ No ____ Not Applicable____

11. Final date to take the first step in dispositive motion practice, if any: ________________________________. (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice. The date is presumptively 30 days after completion of expert discovery*)

12. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? ____ Yes ____ No

13. Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? ____ Yes ____ No (*Answer "no" if any party declines to consent without indicating which party has declined*)

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| **Attorney for Plaintiff** | **Attorney for Defendant(s)** |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Telephone: | Telephone: |
| Email: | Email: |

**SO ORDERED:**

Dated: Brooklyn, New York
____________________

______________________________
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge